UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :

    - v. -                  :   SEALED INDICTMENT

                                :   S1 06 Cr. 27

CARLOS GONZALEZ-ROMAN,        :
SANTOS MAISONET,
   a/k/a "Gordo,"             :
and ALEX RIVERA,
                                :
             Defendants.     :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 0 2006

COUNT ONE

The United States Attorney charges:

1.  From at least in or about July 2003 up to and including in or about January 2006, in the Southern District of New York and elsewhere, CARLOS GONZALEZ-ROMAN, SANTOS MAISONET, a/k/a "Gordo," and ALEX RIVERA, the defendants, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that CARLOS GONZALEZ-ROMAN, SANTOS MAISONET, a/k/a "Gordo," and ALEX RIVERA, the defendants, and others known and unknown, unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a

detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

## Overt Acts

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about November 5, 2004, a co-conspirator not named as a defendant herein, who was in the Bronx, New York, placed a telephone call to CARLOS GONZALEZ-ROMAN, the defendant, regarding a customer.

    b. On or about December 23, 2005, GONZALEZ-ROMAN made a Delta Airlines flight reservation for SANTOS MAISONET, a/k/a "Gordo," the defendant, to travel from San Juan, Puerto Rico, to Orlando, Florida, on or about December 24, 2005.

    c. On or about December 24, 2005, MAISONET flew from San Juan, Puerto Rico, to Orlando, Florida.

    d. On or about December 27, 2005, ALEX RIVERA, the defendant, placed a call to GONZALEZ-ROMAN, while GONZALEZ-ROMAN was in Puerto Rico, in which RIVERA expressed his interest in locating co-conspirators not named as defendants herein who had robbed RIVERA of two kilograms of cocaine.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATIONS

4.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, defendants GONZALEZ-ROMAN, MAISONET, and RIVERA shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to the following:

a.  At least $3,000,000 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offense, conspiracy to distribute and possess with intent to distribute cocaine, for which the defendants are jointly and severally liable.

Substitute Assets Provision

5.  If the above-described forfeitable property, as a result of any act or omission of the defendant:

(A)  cannot be located upon the exercise of due diligence;

(B)  has been transferred or sold to, or deposited with, a third person;

3

    (C) has been placed beyond the jurisdiction of the Court;

    (D) has been substantially diminished in value; or

    (E) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

 (Title 21, United States Code, Sections 841(a)(1) and 853.)

_____  1/10/06  _____ Original
FOREPERSON         MICHAEL J. GARCIA
              United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS GONZALEZ-ROMAN,
SANTOS MAISONET,
a/k/a "Gordo," and
ALEX RIVERA

Defendants.

INDICTMENT

S1 05 Cr.

(Title 21, United States Code, Section 846.)

MICHAEL J. GARCIA
United States Attorney.

A True Bill

_____  1/10/06
       Foreperson.

*[handwritten notations]* Indictment filed; arrest warrant issued / Isaacs, USMJ