UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                                        06 Cr. 27

   -against-                                    **NOTICE OF APPEARANCE**

ALEX RIVERA,

    Defendant(s).

PLEASE TAKE NOTICE, that SULLIVAN & BRILL, LLP, has been retained by appear on behalf of the ALEX RIVERA in the above-captioned matter. Please direct any communications regarding the matter to the address and telephone number indicated below.

Dated: New York, New York
   October 2, 2007

            SULLIVAN & BRILL, LLP
            Attorneys for Defendant

            _/S/_____
            By: Steven Brill, Esq.

            Trinity Centre
            115 Broadway, 17th Floor
            New York, New York 10006
            Ph.: 212-566-1000
            Fax: 212-566-1068
            Email: steveb@sullivanbrill.com